UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREA ABRAHAM, *pro se,* and
CHARLES ABRAHAM, *pro se*,

    Plaintiffs,

v.                              CASE NO: 8:09-CV-107-T-30EAJ

SANDY COVE 3 ASSOCIATION, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An endorsed Order was entered on June 18, 2009 (Dkt. #45) which granted Plaintiffs' motion for an extension of time to file a Third Amended Complaint. The deadline for filing the Third Amended Complaint (July 20, 2009) has passed. As the Plaintiffs have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2009.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2009\09-cv-107.dismissal.wpd*